**Hector Puente GOMEZ; Saray Alexandra Puente Enriquez, Petitioners,**

v.

**Michael B. MUKASEY,\* Attorney General, Respondent.**

**No. 06–73181.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 20, 2007.**

Filed Dec. 28, 2007.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Kurt B. Larson, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, WALLACE, and HAWKINS, Circuit Judges.

MEMORANDUM ***

Hector Puente Gomez and his daughter Saray Alexandra Puente Enriquez seek review of an order of the Board of Immigration Appeals ("BIA") upholding an immigration judge's order denying their applications for cancellation of removal. We dismiss the petition for review.

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

We lack jurisdiction to review the BIA's discretionary determination that petitioners failed to show exceptional and extremely unusual hardship to a qualifying relative. *See Romero–Torres v. Ashcroft,* 327 F.3d 887, 892 (9th Cir.2003).

**PETITION FOR REVIEW DISMISSED.**